# UNITED STATES DISTRICT COURT

Eastern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| V. | CASE NUMBER: 03 CR 1381 |
| **Silvio Ricardo Maiorano** | Mildred Whalen<br>Defendant's Attorney |

**THE DEFENDANT:**

___ pleaded guilty to count(s) _____

___ pleaded nolo contenders to count(s) _____
which was accepted by the court.

_x_ was found guilty on count(s): single count
after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 701 | Unauthorized use of official insignia, Class B Misdemeanor | 11/20/03 | Single count |

The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

___ The defendant has been found not guilty on count(s) _____

___ Counts _____ (is)(are) dismissed on the motion of the United States.

**T IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No. _____ 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
Defendant's Date of Birth: 9/14/64
Defendant's USM No.: 70639-053
Defendant's Residence Address:
    245-10 Grand Central Parkway, Apt. 7B
    Bellerose, NY 11426

Defendant's Mailing Address:
    _____ same _____

10/8/04
Date of Imposition of Judgment

_s/Robert Levy_
Signature of Judicial Officer
ROBERT M. LEVY, United States Magistrate Judge

Date  October 8, 2004

A TRUE COPY ATTEST DATED OCT 08 2004 ROBERT C. HEINEMANN CLERK BY DEPUTY CLERK

DEFENDANT: US v. Marorana
CASE NUMBER: 03 CR 1381

# PROBATION

The defendant is hereby placed on **unsupervised probation** for a term of 2 months. **Defendant is permitted to travel.**

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

> The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as directed by the probation officer.
>
> __x__ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)
>
> ____ The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

~~The defendant shall comply with the standard conditions that have been adopted by this court (set forth~~ below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) ~~the defendant shall not leave the judicial district without the permission of the court or probation officer;~~ *RML*

2) ~~the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;~~ *RML*

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol;

.e defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) ~~the defendant is directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement~~.  *RHL*

****************************************************************************

_x_ The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by the application of the guidelines.

**OR**

___ The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reasons:

_____**OR**_____

___ The sentence departs from the guideline range:
   ___ upon motion of the government, as a result of defendant's substantial assistance.
   ___ for the following specific reason(s):